1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9    DARNEL DYSON,                                    1:10-cv-00382-DLB (HC)

10                          Petitioner,               ORDER AUTHORIZING IN FORMA
                                                      PAUPERIS STATUS
11          v.

12
     HECTOR A. RIOS,
13
                            Respondent.
14   _____/

15

16
          Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus
17
     pursuant to 28 U.S.C. § 2241.  Pursuant to 28 U.S.C. § 1915, petitioner is hereby AUTHORIZED
18
     to proceed *in forma pauperis*.
19

20

21
          IT IS SO ORDERED.
22
          **Dated:    March 22, 2010**          _____/s/ Dennis L. Beck_____
23                                              UNITED STATES MAGISTRATE JUDGE

24

25

26

27

28

                                                   1