# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARNEL DYSON, | 1:10-cv-00382-DLB (HC) |
| Petitioner, | ORDER DISREGARDING PETITIONER'S MOTION FOR LEAVE TO FILE A TEMPORARY RESTRAINING ORDER AS UNNECESSARY |
| v. | |
| HECTOR A. RIOS, | [Doc. 5] |
| Respondent. | |

Petitioner is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On March 29, 2010, Petitioner filed a motion for leave to file a temporary restraining order. (Court Doc. 5.) Petitioner seeks relief to file a temporary restraining order. Petitioner is advised that prior approval is not required to file a motion for a temporary restraining order. Accordingly, Petitioner's request to file such motion shall be disregarded as unnecessary.

IT IS SO ORDERED.

Dated: **April 7, 2010**    **/s/ Dennis L. Beck**
UNITED STATES MAGISTRATE JUDGE

1